**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derrick Malcom MORGAN, a.k.a. Derrick Malcolm Morgan, a.k.a. Wayne Morgan, etc., Defendant–Appellant.**

**No. 04–12271.**

**D.C. Docket No. 03–00064–CR–1–DHB.**

United States Court of Appeals,
Eleventh Circuit.

May 25, 2005.

---

**2.** Honorable Robert B. Propst, United States District Judge for the Northern District of Alabama, sitting by designation.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Percy J. Blount, Glover & Blount, P.C., Augusta, GA, for Defendant–Appellant.

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM.

Percy J. Blount, appointed counsel for Derrick Malcolm Morgan, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED, and Morgan's conviction and sentence are AFFIRMED.